TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00704-CR

Michael Wayne Osborne, Appellant

v.

The State of Texas, Appellee

FROM THE CRIMINAL DISTRICT COURT OF JEFFERSON COUNTY

NO. 65359, HONORABLE CHARLES CARVER, JUDGE PRESIDING

PER CURIAM

Appellant moves to dismiss this appeal. See Tex. R. App. P. 42.2(a). The motion is
granted. The appeal is dismissed.

Before Justices Powers, Kidd and B. A. Smith

Dismissed on Appellant's Motion

Filed: March 5, 1998

Do Not Publish